Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------
Caption in Compliance with D. N.J. LBR 9004-2(c)
FITZGERALD & CROUCH, P.C.
    By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
----------------------------------X
In Re:                             Case No: 18-27312-SLM
    Susan Maquiling
                                  CHAPTER 13

    Debtor
----------------------------------X

Order Filed on September 28, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN 11 U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 28, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Susan Maquiling
Case No. 18-27312-SLM
Caption:  ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN 11 U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)
------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald of the law firm Fitzgerald & Crouch, P.C., the debtor's counsel, upon the debtor's Motion for an Order extending the automatic stay contained within 11 U.S.C. §362 as to all creditors beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the automatic stay of the Bankruptcy Code contained in 11 U.S.C. § 362 thereof be and hereby is to continue as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. §362(c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. §362(d).