Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
------------------------------------

Caption in Compliance with D. N.J. LBR 9004-2(c)
FITZGERALD & CROUCH, P.C.
　　By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorneys for Debtor

Order Filed on September 28, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
----------------------------------X
In Re:                              Case No: 18-27312-SLM
　　Susan Maquiling
                                    CHAPTER 13

　　　　Debtor
----------------------------------X

ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN 11 U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 28, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Susan Maquiling
Case No. 18-27312-SLM
Caption:  ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN 11 U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)

------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald of the law firm Fitzgerald & Crouch, P.C., the debtor's counsel, upon the debtor's Motion for an Order extending the automatic stay contained within 11 U.S.C. §362 as to all creditors beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the automatic stay of the Bankruptcy Code contained in 11 U.S.C. § 362 thereof be and hereby is to continue as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. §362(c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. §362(d).

United States Bankruptcy Court
District of New Jersey

In re:
Susan Maquiling
    Debtor

Case No. 18-27312-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db            +Susan Maquiling,    137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
           Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
           2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Marie-Ann Greenberg     magecf@magtrustee.com
           Nicholas Fitzgerald    on behalf of Debtor Susan   Maquiling nickfitz.law@gmail.com
           Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
           Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
           2013-1 Trust rsolarz@kmllawgroup.com
           Sarah J. Crouch    on behalf of Debtor Susan   Maquiling nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 6