FITZGERALD & CROUCH, P.C.
    By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorneys for Debtor

**Order Filed on October 4, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
----------------------------------X
In re:　　　　　　　　　　　　　　Case No: 18-27312-SLM

   Susan Maquiling
　　　　　　　　　　　　　　　　　CHAPTER 13

　　　　　　　　　　　　　　　　　Hon. Stacey L. Meisel
　　　　　　　　　　　　　　　　　U.S.B.J.
　　　　　　　　　　　　　　　　　　　　　　　　9/26/2018
       Debtor　　　　　　　HEARING DATE: ~~7/26/06~~
　　　　　　　　　　　　　　　　　　　　　　　~~at 11:00 a.m.~~

----------------------------------X

              AND VOIDING
ORDER SETTING ASIDE ^SALE OF THE DEBTOR'S REAL PROPERTY LOCATED AT
      137 TERHUNE AVENUE, JERSEY CITY, NJ 07306

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 4, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Susan Maquilin
Case No. 18-27312-SLM
Caption:  ORDER SETTING ASIDE SALE AND VOIDING OF THE DEBTOR'S REAL PROPERTY LOCATED AT 137 TERHUNE AVENUE, JERSEY CITY, NJ 07306

THIS MATTER having been opened to the Court by Nicholas Fitzgerald of the law firm Fitzgerald & Crouch, P.C., the debtor's counsel, upon the debtor's Motion for an Order setting aside the sale of the debtor's real property located at 137 Terhune Avenue, Jersey City, NJ 07306 on the ground that the sale of the property is void due to the stay contained within 11 U.S.C. § 362 (k); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED,** that the sale of the debtor's real property located at 137 Terhune Avenue, Jersey City, NJ 07306, which took place on or about August 30, 2018, be and hereby is set aside and void.