```
FITZGERALD & CROUCH, P.C.
    By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorneys for Debtor
```

**Order Filed on October 4, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
-----------------------------------X
In re:                                  Case No: 18-27312-SLM

    Susan Maquiling
                                              CHAPTER 13

                                        Hon. Stacey L. Meisel
                                        U.S.B.J.
                                                        9/26/2018
              Debtor                    HEARING DATE: 7̶/̶2̶6̶/̶0̶6̶
                                                      a̶t̶ ̶1̶1̶:̶0̶0̶ ̶a̶.̶m̶.̶
-----------------------------------X
                      AND VOIDING
    ORDER SETTING ASIDE ŜALE OF THE DEBTOR'S REAL PROPERTY LOCATED AT
            137 TERHUNE AVENUE, JERSEY CITY, NJ 07306
```

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 4, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Susan Maquilin
Case No. 18-27312-SLM
Caption: ORDER SETTING ASIDE AND VOIDING SALE OF THE DEBTOR'S REAL PROPERTY LOCATED AT 137 TERHUNE AVENUE, JERSEY CITY, NJ 07306

THIS MATTER having been opened to the Court by Nicholas Fitzgerald of the law firm Fitzgerald & Crouch, P.C., the debtor's counsel, upon the debtor's Motion for an Order setting aside the sale of the debtor's real property located at 137 Terhune Avenue, Jersey City, NJ 07306 on the ground that the sale of the property is void due to the stay contained within 11 U.S.C. § 362 (k); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED,** that the sale of the debtor's real property located at 137 Terhune Avenue, Jersey City, NJ 07306, which took place on or about August 30, 2018, be and hereby is set aside and void.

United States Bankruptcy Court
District of New Jersey

In re:  
Susan Maquiling  
     Debtor

Case No. 18-27312-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2018  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db         +Susan Maquiling,    137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Nicholas Fitzgerald    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust rsolarz@kmllawgroup.com  
        Sarah J. Crouch    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 6