UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

SUSAN MAQUILING

Order Filed on October 26, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  18-27312 SLM

Hearing Date:  10/24/2018

Judge:  STACEY L. MEISEL

Debtor is Entitled To Discharge

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 26, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-27312 SLM

Caption of Order:    ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/29/2018, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $255.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that Debtor must complete Loan Modification by 12/18/2018 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that mortgage arrears are to be paid outside the plan through Loan Modification; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $4,750.00. The unpaid balance of the allowed fee in the amount of $3,775.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27312-SLM
Susan Maquiling                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1           Date Rcvd: Oct 29, 2018
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
db              +Susan Maquiling,   137 Terhune Avenue, 1st Floor,   Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
        Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
        2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Marie-Ann   Greenberg     magecf@magtrustee.com
       Nicholas   Fitzgerald    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com
       Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
        Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
        2013-1 Trust rsolarz@kmllawgroup.com
       Sarah J. Crouch    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com,
        nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6