UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

Order Filed on February 13,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:
SUSAN MAQUILING

Case No.: 18-27312

Chapter: 13

Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property: ___137 Terhune Avenue, Jersey City, NJ 07305___

Creditor: ___Specialized Loan Servicing___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___03/18/2019___ .

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-27312-SLM
Susan Maquiling                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Feb 14, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db             +Susan Maquiling,    137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
       Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
       2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Nicholas  Fitzgerald    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
       Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
       2013-1 Trust rsolarz@kmllawgroup.com
      Sarah J. Crouch    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 6