| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| | Order Filed on March 6, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re: SUSAN MAQUILING | Case No.: 18-27312 |
| | Chapter: 13 |
| | Judge: Meisel |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  9/25/2018   :

Property: 137 Terhune Avenue, Jersey City, NJ 07305 ~~11 Lincoln Street, Jersey City, NJ 17307~~

Creditor: ~~Ocwen Loan Servicing~~ Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by     Debtor    , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including    06/16/2019    .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*