UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:
SUSAN MAQUILING

Case No.: 18-27312

Chapter: 13

Judge: Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 6, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 9/25/2018 :

Property: ~~11 Lincoln Street, Jersey City, NJ 17307~~ 137 Terhune Avenue, Jersey City, NJ 07305

Creditor: ~~Ocwen Loan Servicing~~ Specialized Loan Servicing

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____06/16/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Susan Maquiling  
    Debtor

Case No. 18-27312-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 06, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db        +Susan Maquiling,   137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings  
            Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD  
            2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Marguerite  Mounier-Wells    on behalf of Debtor Susan  Maquiling nadiafinancial@gmail.com  
           Marie-Ann  Greenberg    magecf@magtrustee.com  
           Nicholas  Fitzgerald    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com  
           Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings  
            Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD  
            2013-1 Trust rsolarz@kmllawgroup.com  
           Sarah J. Crouch    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com,  
            nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 7