```
Marguerite Mounier-Wells, Esq. (MMW5960)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Phone:(201)533-1100
Fax: (201)533-1111
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey
-----------------------------------x
In Re:                              Chapter 13

                                    Case No.: 18-27312
SUSAN MAQUILING
                                    Honorable Stacey L. Meisel
Debtor,

                                    HEARING DATE: August 28, 2019
```

**Order Filed on August 28, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

### ORDER REINSTATING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 28, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Susan Maquiling
Case No. 18-27312
Caption: ORDER REINSTATING LOSS MITIGATION

------------------------------------------------------------------

This matter having come before the Court upon the debtors' Application for an Order reinstating loss mitigation, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the order extending loss mitigation entered on March 6, 2019 shall further extended in connection with the property located at 137 Terjime Avenue Jersey City, NJ 07305;

**ORDERED** that the Loss Mitigation Order entered on September 25, 2018 shall be reinstated;

**ORDERED** that the Loss Mitigation period is hereby extended to October 18, 2019;

**ORDERED** that the Debtor shall serve a copy of this order on all parties to this matter within ten (10) days of the entry of this order.