Marguerite Mounier-Wells, Esq. (MMW5960)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Phone:(201)533-1100
Fax: (201)533-1111
Attorney for Debtor

**Order Filed on August 28, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

United States Bankruptcy Court
District of New Jersey
-----------------------------------x

In Re:                              **Chapter 13**

                                    Case No.: 18-27312

SUSAN MAQUILING                     Honorable Stacey L. Meisel

Debtor,

                                    HEARING DATE: August 28, 2019


### ORDER REINSTATING LOSS MITIGATION


The relief set forth on the following pages, numbered two (2)

through two (2) is hereby **ORDERED**.


**DATED: August 28, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor:  Susan Maquiling
Case No. 18-27312
Caption: ORDER REINSTATING LOSS MITIGATION

----------------------------------------------------------------

This matter having come before the Court upon the debtors' Application for an Order reinstating loss mitigation, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the order extending loss mitigation entered on March 6, 2019 shall further extended in connection with the property located at 137 Terjime Avenue Jersey City, NJ 07305;

**ORDERED** that the Loss Mitigation Order entered on September 25, 2018 shall be reinstated;

**ORDERED** that the Loss Mitigation period is hereby extended to October 18, 2019;

**ORDERED** that the Debtor shall serve a copy of this order on all parties to this matter within ten (10) days of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Susan Maquiling
       Debtor

Case No. 18-27312-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: Aug 29, 2019
                     Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db       +Susan Maquiling,   137 Terhune Avenue, 1st Floor,   Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
      Denise E. Carlon   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
      Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
      2013-1 Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Marguerite Mounier-Wells   on behalf of Debtor Susan  Maquiling nadiafinancial@gmail.com,
      mwells@fitzgeraldcrouchlaw.com
      Marie-Ann Greenberg   magecf@magtrustee.com
      Nicholas Fitzgerald   on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com
      Rebecca Ann Solarz   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
      Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
      2013-1 Trust rsolarz@kmllawgroup.com
      Sarah J. Crouch   on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com,
      nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                               TOTAL: 7