Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27312−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Maquiling
   137 Terhune Avenue, 1st Floor
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2130

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/23/19 at 10:00 AM

to consider and act upon the following:

*61* − Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for Christina Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity, but Solely as Owner on Behalf of RBSHD 2013−1 Trust. Objection deadline is 9/23/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Ebeck, Keri)

*62* − Certification in Opposition to (related document:61 Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for Christina Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity, but Solely as Owner on Behalf of RBSHD 2013−1 Trust. Objection deadline is 9/23/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC as Servicer for Christina Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity, but Solely as Owner on Behalf of RBSHD 2013−1 Trust) filed by Sarah J. Crouch on behalf of Susan Maquiling. (Crouch, Sarah)

Dated: 9/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court