| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    SUSAN MAQUILING | Order Filed on January 9, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.:  18-27312 SLM<br><br>Hearing Date:  1/8/2020 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 9, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): SUSAN MAQUILING

Case No.: 18-27312

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 01/08/2020 on notice to FITZGERALD & CROUCH, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 1/22/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that Debtor must file a modified plan to cure mortgage arrears by 1/22/2020 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Susan Maquiling  
    Debtor

Case No. 18-27312-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 09, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db           +Susan Maquiling,    137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         James J. Fitzpatrick    on behalf of Debtor Susan   Maquiling nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com  
         Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for Christina Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity, but Solely as Owner on Behalf of RBSHD 2013-1 Trust kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Marguerite   Mounier-Wells    on behalf of Debtor Susan   Maquiling nadiafinancial@gmail.com, mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com  
         Marie-Ann   Greenberg     magecf@magtrustee.com  
         Nicholas Fitzgerald    on behalf of Debtor Susan   Maquiling Fitz2Law@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust rsolarz@kmllawgroup.com  
         Sarah J. Crouch    on behalf of Debtor Susan   Maquiling 7943@notices.nextchapterbk.com, nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                      TOTAL: 9