Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.:  18−27312−SLM
                                                  Chapter:  13
                                                  Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Maquiling
   137 Terhune Avenue, 1st Floor
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2130

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 23, 2020
JAN: rah

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27312-SLM
Susan Maquiling                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2         Date Rcvd: Jan 23, 2020
                               Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
```
db             +Susan Maquiling,    137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046
517728653      +BP Fisher Law Group LLP,    923 Haddonfield Road, Suite 334,    Cherry Hill, NJ 08002-2752
517728657      +CVF Consumer Aquisitions Company,    300 Delaware avenue 9th Floor,    Wilmington, DE 19801-1607
517780529      +Christiana Trust, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517728663      +Jersey City MUA,    69 DeVoe Place,    Hackensack, NJ 07601-6105
517728665       PSE& G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517728666      +PSE&G,    80 Park Plaza T5D,    Newark, NJ 07102-4109
517728668      +SKO Brenner American Inc,    PO Box 230,    Farmingdale, NY 11735-0230
517728669       Specialized Loan Servicing LLC,    Po Box 636005,    Littleton, CO 80163-6005
517728670      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
517728671       Suez,    110 Oak St,    Bayonne, NJ 07002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517841540       EDI: BECKLEE.COM Jan 24 2020 04:18:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517728651      +EDI: AMEREXPR.COM Jan 24 2020 04:18:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
517728652       EDI: BL-BECKET.COM Jan 24 2020 04:18:00      Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
517728654      +E-mail/Text: bankruptcy@cavps.com Jan 23 2020 23:57:04     Cavalry SPV II LLC,
                 500 Summit Lake DRive, Ste 400,    Valhalla, NY 10595-2321
517728655      +EDI: COMCASTCBLCENT Jan 24 2020 04:18:00      Comcast,    2121 John F Kennedy Blvd,
                 Jersey City, NJ 07305-1595
517728656      +EDI: COMCASTCBLCENT Jan 24 2020 04:18:00      Comcast of New Jersey,    PO Box 840,
                 Newark, NJ 07101-0840
517728659      +EDI: HFC.COM Jan 24 2020 04:18:00      HSBC Orchard Bank,    Po Box 17298,
                 Baltimore, MD 21297-1298
517728658       EDI: IRS.COM Jan 24 2020 04:18:00      Department of Treasury,    Internal Revenue Service,
                 PO Box 9052,    Andover, MA 01810
517737235       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:03:05
                 LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517728664       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:03:05
                 LVNV Funding/Resurgent Capital,    PO Box 10587,    Greenville, SC 29603-0587
517728667      +E-mail/Text: bankruptcy@pseg.com Jan 23 2020 23:55:38     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
517731023      +EDI: RMSC.COM Jan 24 2020 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517728672      +EDI: RMSC.COM Jan 24 2020 04:18:00      Synchrony Bank/ JC Penney,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517728673      +E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43     United States Attorney,
                 Peter Rodino Federal Building,    Internal Revenue Service,    970 Broad Street Suite 700,
                 Newark, NJ 07102-2534
517728675       EDI: VERIZONCOMB.COM Jan 24 2020 04:18:00      Verizon,    PO Box 3037,
                 Bloomington, IL 61702-3037
517728674      +EDI: VERIZONCOMB.COM Jan 24 2020 04:18:00      Verizon,    Attn: Wireless Bankrupty Admin,
                 500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
517728676       EDI: VERIZONCOMB.COM Jan 24 2020 04:18:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
                                                                                              TOTAL: 19
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517728661*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     District Counsel,
                One Newark Center, Suite 1500,    Newark, NJ 07102-5224)
517728662*     +IRS Centrilized Insovency Operation,    PO Box 21126,    Philadelphia, PA 19114-0326
517728660*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2         User: admin              Page 2 of 2           Date Rcvd: Jan 23, 2020
                             Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
               2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for Christina
               Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity, but
               Solely as Owner on Behalf of RBSHD 2013-1 Trust kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marguerite  Mounier-Wells    on behalf of Debtor Susan  Maquiling nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Susan  Maquiling Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacty, but solely as owner trustee on behalf of RBSHD
               2013-1 Trust rsolarz@kmllawgroup.com
              Sarah J. Crouch    on behalf of Debtor Susan  Maquiling 7943@notices.nextchapterbk.com,
               nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```